FAIRFIELD OCEAN RIDGE, INC., Petitioner v. TOWN OF EDISTO BEACH, Respondent. TOWN OF EDISTO BEACH, Respondent v. FAIRFIELD OCEAN RIDGE, INC., Petitioner.

(366 S. E. (2d) 611)

Supreme Court

April 1, 1988.

ORDER

GREGORY, Chief Justice:

The appeal in the above entitled matter is hereby dismissed for failure to file the Petition for Writ of Certiorari pursuant to Rule 55, Section 2(C) of the Rules of Practice of this Court.